DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2014

| 227P14 | State v. Max Tracy Earls | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1128) | Denied |
|---|---|---|---|
| 234P12-4 | State v. Titus Lamont Batts | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied |
| 234P14 | Templeton Properties LP v. Town of Boone | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA13-1274)<br><br>2. Respondent's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br><br>2. Denied<br><br>**Hunter, J., and Jackson, J., recused** |
| 235P14 | State v. Michael Kevin McGee | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1161) | Denied |
| 236P13-2 | The N.C. State Bar v. Geoffrey H. Simmons, Attorney | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-1140)<br><br>2. Attorney Totman's Motion for Leave to Withdraw | 1. Denied<br><br>2. Allowed<br><br>**Hunter, J., recused** |
| 237P14 | State v. Antonio Neal Gray | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1081) | Allowed |
| 241P14 | State v. Pierce McCoy | Def's PDR Under N.C.G.S. § 7A-31 (COA 13-933) | Denied<br><br>**Hunter, J., recused** |
| 242P14 | Can Am South, LLC v. The State of North Carolina, the North Carolina Department of Health and Human Services, and the North Carolina Department of Administration | Defs' PDR Under N.C.G.S. § 7A-31 (COA 13-1240) | Denied |
| 248P14 | State v. Thorne Oliver Watlington | 1. State's Motion for Temporary Stay (COA13-925)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **07/18/2014** Dissolved **12/18/2014**<br><br>2. Denied<br><br><br>3. Denied |